UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BIDO,

                Movant,

-v-

UNITED STATES OF AMERICA,

                Respondent.

No. 19-cv-8388 (RJS)
No. 14-cr-0212-8 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    On November 13, 2020, the Court received Noel Bido's pro se motion for a sentencing reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). Accordingly, IT IS HEREBY ORDERED THAT the government shall respond to the motion no later than November 27, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to Bido. SO ORDERED.

Dated:      November 20, 2020
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation